EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--|
| | 2025 TSPR 110 |
| | 216 DPR ___ |
| Segismundo López Montalvo | |

Número del Caso:  TS-12,898

Fecha:  29 de octubre de 2025

Representante legal del peticionario:

    Lcdo. Ernesto J. Delgado Soto

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

In re:

Segismundo López Montalvo

TS-12,898

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 29 de octubre de 2025.

Examinada la *Moción informativa y en cumplimiento de orden,* así como los documentos que obran del expediente, se ordena la **reinstalación** del Lcdo. Segismundo López Montalvo al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina